IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

FRANK VON CROWE
Reg #17915-045                                                                                      PLAINTIFF

v.                              Case No. 2:10-cv-206-DPM

T.C. OUTLAW,
Warden, FCI-Forrest City                                                                      DEFENDANT

### ORDER

The Court has reviewed United States Magistrate Judge Beth Deere's Recommended Disposition—to which Frank Crowe objected. After a *de novo* review, FED. R. CIV. P. 72(b)(3), the Court adopts Magistrate Judge Deere's proposal as its own. Crowe's petition for writ of habeas corpus, *Document No. 1*, is dismissed without prejudice. All pending motions, *Documents Nos. 4 & 6*, are denied without prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 February 2011